IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LORA A. MAYS,**<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**KANSAS CITY, KANSAS POLICE DEPARTMENT, et. al.,**<br><br>        **Defendants.** | **Case No. 15-9047** |

### ORDER ADOPTING REPORT AND RECOMMENDATION

On June 5, 2015, United States Magistrate Judge Teresa J. James issued a Report and Recommendation (Doc. 5), recommending plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 3) be denied. Magistrate Judge James advised plaintiff of her right to object to the Report and Recommendation within fourteen days and further advised that failure to make a timely objection to the Report and Recommendation waives any right to appellate review of the proposed findings of fact, conclusions of law, or recommended disposition. (Doc. 5 at 3.) A certified mail receipt, signed by plaintiff, was returned on June 11, 2015. (Doc. 6.) Plaintiff's objections were therefore due on June 25, 2015. Plaintiff has not filed any objections, nor has she sought any extension of time to file an objection. With no objection to the Report and Recommendation being filed within the time prescribed, and no extension of time to file an objection being sought by plaintiff, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, and after reviewing the file *de novo*, **IT IS ORDERED** that the Report and Recommendation issued by United States Magistrate Judge Teresa J. James on June 5, 2015 (Doc. 5) is ACCEPTED, ADOPTED, and AFFIRMED in its entirety. Plaintiff is denied leave to proceed in forma pauperis. The court orders that plaintiff pay the filing fee within twenty days. If plaintiff fails

-1-

to timely pay the filing fee or show good cause for the failure to do so, the court will dismiss the action without prejudice.

Dated this 29th day of June, 2015, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**